

**NUMBER 13-11-00578-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE KENNETH HICKMAN

### On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Relator, Kenneth Hickman, appearing pro se, has filed a petition for writ of mandamus with this Court alleging that respondents, Bee County deputy district clerks Zenaida Silva and Juema James, failed to "properly fil[e] his pleadings or giv[e] him timely notice of dismissal" of his underlying lawsuit against the Texas Department of Criminal Justice. Relator has also filed a motion to suspend Texas Rule of Appellate Procedure 9.3. *See* TEX. R. APP. P. 9.3 (stating the requisite number of copies of documents that must be filed in an original proceeding).

This Court, having reviewed and fully considered relator's petition, is of the opinion

that we lack jurisdiction to issue a writ of mandamus against a deputy district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004) (noting that a court of appeals may issue a writ of mandamus only against a judge of a district or county court in the court of appeals district).. Accordingly, relator's petition for writ of mandamus is DISMISSED FOR WANT OF JURISDICTION. We deny relator's motion to suspend Texas Rule of Appellate Procedure 9.3 as moot.

PER CURIAM

Delivered and filed the
22nd day of September, 2011.

2